**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARIA ESTHER TORRES DE ROMO, | No. 06-70553 |
| Petitioner, | Agency No. A077-194-060 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 15, 2009**

Before:    GOODWIN, WALLACE, and CLIFTON, Circuit Judges.

Maria Esther Torres De Romo, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order dismissing her appeal from an

immigration judge's ("IJ") reinstatement of a prior order of removal.  We have

---

    \*     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    \*\*    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

LA/Research

jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law and due process claims. *Garcia de Rincon v. Dep't Homeland Security*, 539 F.3d 1133, 1136 (9th Cir. 2008). We deny the petition for review.

Torres De Romo's contention that the IJ erred in reinstating her removal order without determining her eligibility for adjustment of status fails because she was not eligible for an adjustment of status because she reentered the United States without permission after being removed. *See Gonzales v. Dep't of Homeland Security*, 508 F.3d 1227, 1242 (9th Cir. 2007) (abrogating *Perez-Gonzalez v. Ashcroft*, 379 F.3d 783 (9th Cir. 2004)).

**PETITION FOR REVIEW DENIED**.